FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,          )          Case No. 2:07-mj-853-LRL
                                   )
          vs.          )          **ORDER  QUASHING  WARRANT**
                                   )
JYKEITH C. THORNTON,               )
                                   )
          Defendant.          )
_____)

On December 13, 2007, the defendant Jykeith C. Thornton appeared for his initial appearance on an Information for driving under the influence of alcohol which was filed on July 7, 1999 in the Western District of Washington at Seattle.

On January 8, 2008, the Court issued a warrant for the defendant Jykeith C. Thornton for failure to appear for this status conference.

On October 13, 2009, an order for dismissal was filed by the Western District of Washington at Seattle, which was granted.

**IT IS HEREBY ORDERED** that the warrant issued by the Court on January 8, 2008 is **QUASHED**.

DATED this 3rd day of January 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Magistrate Judge

99-CR-00389-ORD

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 1 3 2009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR99-389 |
| v. | ) ORDER FOR DISMISSAL |
| JYKEITH C. THORNTON, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information against the defendant, JYKEITH C. THORNTON.

DATED this 13th day of October, 2009.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this 13 day of October, 2009.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL/JYKEITH C. THORNTON - 1
CR99-389

NAVAL STATION BREMER

```
┌─────────────────────────┐
│  FILED        LODGED     │
│        RECEIVED          │
│      JUL 07 1999         │
│   CLERK U.S. DISTRICT COURT │
│ WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│ BY                DEPUTY  │
└─────────────────────────┘
```

2:07-MJ-00853-LRL

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## OF SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR99-389 |
| Plaintiff, ) | |
| v. ) | INFORMATION |
| JYKEITH C. THORNTON, ) | |
| Defendant. ) | |

The United States Attorney charges that:

On or about January 15, 1999, at Puget Sound Naval Shipyard, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, JYKEITH C. THORNTON, did drive and operate a motor vehicle while under the influence or affected by intoxicating liquor.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.61.502.

DATED this 7 day of July, 1999.

KATRINA C. PFLAUMER
United States Attorney

MICHAEL P. KENNEY
Special Assistant U.S. Attorney

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

INFORMATION/THORNTON - 1

Thornton Jykeith